IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEWIS JONES, T-53643, ) | |
| ) | No. C 16-0699 CRB (PR) |
| Plaintiff(s), ) | |
| ) | ORDER OF CONDITIONAL |
| v. ) | DISMISSAL |
| ) | |
| MEDINA, Correctional Officer, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

The parties have informed the court that they have reached a settlement which disposes of this action in its entirety, and that they will file a joint request for dismissal of all claims with prejudice after the settlement funds are disbursed. Good cause appearing therefor, this action is DISMISSED with the following condition: If any party shall certify to the court, within 120 days of this order, that the agreed consideration for the settlement has not been delivered over, the instant order shall stand vacated and this action shall be restored to the court's calendar for further proceedings.

SO ORDERED.

DATED: March 31, 2017

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Jones, T.16-0699.dismissal.cond.wpd